**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| INNOVERE MEDICAL INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 2:25-CV-01147-JRG |
| | § | |
| SIEMENS HEALTHINEERS AG and SIEMENS HEALTHCARE GMBH, | § | |
| | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

**CORPORATE DISCLOSURE STATEMENT OF SIEMENS HEALTHINEERS AG PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Defendants Siemens Healthineers AG, through its attorneys, hereby states as follows pursuant to Federal Rule of Civil Procedure 7.1:

Siemens Healthineers AG is publicly traded on the Frankfurt Stock Exchange. Siemens AG owns more than 10% of the stock of Siemens Healthineers AG. No publicly held corporation owns 10% or more of the stock of Siemens AG.

Dated: September 21, 2026 By: */s/ Peter J. Chassman*

Peter J. Chassman
ATTORNEY-IN-CHARGE
Texas Bar No. 00787233
**REED SMITH LLP**
1221 McKinney Street, Suite 2100
Houston, TX 77010
Telephone: (713) 469-3885
Facsimile: (713) 469-3899
pchassman@reedsmith.com

**ATTORNEYS FOR DEFENDANT SIEMENS HEALTHINEERS AG**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed through the ECF system to be sent electronically to all counsel of record on September 21, 2026.

*/s/ Peter J. Chassman*
Peter J. Chassman