**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| INNOVERE MEDICAL INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>SIEMENS HEALTHINEERS AG and SIEMENS HEALTHCARE GMBH,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:25-CV-01147-JRG<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT OF SIEMENS HEALTHCARE GMBH PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Defendant, Siemens Healthcare GmbH, through its attorneys, hereby states as follows pursuant to Federal Rule of Civil Procedure 7.1:

100% of the stock of Siemens Healthcare GmbH is held by Siemens Healthineers AG. Siemens Healthineers AG is publicly traded on the Frankfurt Stock Exchange. Siemens AG owns more than 10% of the stock of Siemens Healthineers AG. No publicly held corporation owns 10% or more of the stock of Siemens AG.

Dated: October 1, 2026

By: */s/ Peter J. Chassman*

Peter J. Chassman
ATTORNEY-IN-CHARGE
Texas Bar No. 00787233
**REED SMITH LLP**
1221 McKinney Street, Suite 2100
Houston, TX 77010
Telephone: (713) 469-3885
Facsimile: (713) 469-3899
pchassman@reedsmith.com

Christopher J. Pulido (admitted *pro hac vice*)
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 659-4747
Facsimile: (415) 391-8269
cpulido@reedsmith.com

**ATTORNEYS FOR DEFENDANTS SIEMENS HEALTHINEERS AG AND SIEMENS HEALTHCARE GMBH**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed through the ECF system to be sent electronically to all counsel of record on October 1, 2026.

*/s/ Peter J. Chassman*
Peter J. Chassman